THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DAVID GORDON, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DAILY WORKER PUBLISHING CO., INC., Appellant.

(Submitted April 30, 1928; decided May 8, 1928.)

Motion for reargument denied.   (See 247 N. Y. 593.)

---

ANNA M. HICKS, Respondent, v. CHARLES DE LA VERGNE,
Appellant.

*Appeal — unanimous affirmance — motion to dismiss appeal granted.*

Hicks v. De La Vergne, 222 App. Div. 762, appeal dismissed.
(Argued April 30, 1928; decided May 8, 1928.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 19, 1927, which unanimously reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and reinstated the verdict.

The motion was made upon the ground that no appeal as of right could be taken to the Court of Appeals and that permission to appeal had not been granted.

*Joseph A. McCabe* for motion.

*Owen B. Augspurger* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.